ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICO CARRERA COX,<br>Defendant. | CASE NO. 2:26-CR-220-DAD<br>STIPULATION TO SET CHANGE OF PLEA |

Defendant Nico Carrera Cox has entered into a plea agreement with the government, filed on November 18, 2026. ECF 19. The parties agree to schedule this matter for a change of plea on December 14, 2026. IT IS SO STIPULATED

Dated: November 18, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY SOKOLICH

KIMBERLY SOKOLICH
Assistant United States Attorney

Dated: November 18, 2026

/s/ PHIL COZENS

Phil Cozens
Counsel for Defendant
NICO CARRERA COX

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, a Change of Plea hearing is scheduled in this case for December 14, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE